# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HOSPITAL SERVICE DISTRICT
NO. 1 OF THE PARISH OF
TERREBONNE, STATE OF
LOUISIANA

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 3 OF THE PARISH OF
LAFOURCHE, STATE OF
LOUISIANA AND THIBODAUX
REGIONAL HEALTH SYSTEM, INC.

NO.  2023 CW 1273

FEBRUARY 16, 2024

---

In Re:   Thibodaux Regional Health System, Inc., applying for
         supervisory writs, 32nd Judicial District Court,
         Parish of Terrebonne, No. 195104.

---

BEFORE:   CHUTZ, PENZATO, AND GREENE, JJ.

**WRIT DENIED.**

WRC
AHP

**Greene, J.,** dissents and would grant the writ. Louisiana Code of Civil Procedure Article 1422 provides that "[p]arties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party[.]" Further, Louisiana Code of Civil Procedure Article 1426 states that "[u]pon motion by a party or by the person from whom discovery is sought, and for good cause shown, the court… may make any order which justice requires to protect a party or person[.]" I find that plaintiff, Hospital Service District No. 1 of the Parish of Terrebonne, State of Louisiana, failed to meet its burden of showing good cause for a protective order.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT